# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODERN SETTINGS, LLC (a New York limited liability company) and MODERN SETTINGS LLC (a Florida limited liability company), on Behalf of Themselves and all Others Similarly Situated, | No. 1:14-cv-9391-GHW |
| Plaintiffs, | **ECF CASE** |
| v. | |
| BASF METALS LIMITED, GOLDMAN SACHS, INTERNATIONAL, HSBC BANK USA, N.A., and STANDARD BANK PLC, | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joseph Serino, Jr., a member of the bar of this Court in good standing, hereby notes his appearance in this action as counsel on behalf of Defendant BASF Metals Limited.

Please take further notice that pleadings, correspondence, and other papers relating to this action should be served upon him as counsel for Defendant BASF Metals Limited.

DATED: New York, New York
           March 4, 2015

KIRKLAND & ELLIS LLP

By: */s/ Joseph Serino Jr., P.C.*
    Joseph Serino, Jr., P.C.
    KIRKLAND & ELLIS LLP
    601 Lexington Avenue
    New York, New York 10022
    Telephone : (212) 446-4800
    Facsimile : (212) 446-6460
    joseph.serino@kirkland.com