UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Modern Settings LLC (a New York limited liability company) and Modern Settings LLC (a Florida limited liability company), on Behalf of Themselves and all Others Similarly Situated,<br><br>        *Plaintiffs*,<br>vs.<br><br>BASF Metals Limited, Goldman Sachs International, HSBC Bank USA, N.A. and Standard Bank plc,<br><br>        *Defendants*. | **Civil Action No. 14-CV-9391** |

### DEFENDANT BASF METALS LIMITED'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant BASF Metals Limited, by the undersigned counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

BASF Metals Limited's parent company is BASF Catalysts UK Holdings Ltd. BASF Metals Limited and BASF Catalysts UK Holdings Ltd. are indirect, wholly-owned subsidiaries of BASF SE, a publicly held European Corporation (*Societas Europas*). No other publicly held corporation owns ten percent or more of BASF Metals Limited.

Dated: New York, New York
       March 11, 2015

By: /s/ Joseph Serino, Jr.

Joseph Serino, Jr., P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4913
Fax: (212) 446-6460
joseph.serino@kirkland.com

Susan M. Davies
G. Patrick Montgomery
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
susan.davies@kirkland.com
patrick.montgomery@kirkland.com

*Attorneys for BASF Metals Limited*