AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-cv-9391

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The London Platinum and Palladium Fixing Company Ltd
was received by me on *(date)* 14th May 2015.

☒ I personally served the summons on the individual at *(place)* Third Floor, The Broadgate Tower, Primrose Street, London EC2A 2RS, England on *(date)* 3rd June 2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ £25.00 for travel and $ £349.00 for services, for a total of $ £374.00.

I declare under penalty of perjury that this information is true.

Date: 3/6/2015

_____
Server's signature

CESAR SEPULVEDA - PROCESS SERVER
Printed name and title

12 Angel Gate, 326 City Road, London EC1V 2PT
Server's address

Additional information regarding attempted service, etc:

Civil Action No. 14-cv-9391

## PROOF OF SERVICE

This Summons for The London Platinum and Palladium Fixing Company Ltd was received by me on the 14th day of May 2015.

- That I did on Wednesday the 3rd day of June 2015 at 9.45am and before 4.30pm, serve The London Platinum and Palladium Fixing Company Ltd, the Defendant, with the Complaint and Summons filed in this action and dated the 21st day of April 2015, by leaving the same at the Third Floor, The Broadgate Tower, Primrose Street, London EC2A 2RS, England, which is the registered office address of the said Defendant company and by placing the same upon the reception desk at the mail room of Reed Smith LLP, Solicitors, in the presence of a Mr David Doyle, who is a mail room assistant and an employee of the Solicitors, who confirmed that the Defendant, the London Platinum and Palladium Fixing Company Ltd, is registered with them and that the matter would be dealt with accordingly.

- That Mr David Doyle is described as an adult male in his mid-forties, approximately 6 feet one inch tall, medium build with short shaved hair with stubble and wearing glasses at that time.

- That the service as described herein is consistent with the provisions for service upon a limited company, as required by the Supreme Court of Judicature in England & Wales.

My fees are £25.00 for travel and £349.00 for the service, which totals to £374.00 (ex VAT).

I declare under penalty of perjury that this information is true.

Date: 3/6/2015

_____
Server's signature

CESAR SEPULVEDA - PROCESS SERVER
Printed name and title

12 Angel Gate, 326 City Road, London EC1V 2PT
Server's address

Additional information regarding attempted service, etc: