UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE: PLATINUM AND PALLADIUM : Case No. 14-cv-9391 (GHW)
ANTITRUST LITIGATION :
: ECF CASE
:
: ORAL ARGUMENT REQUESTED

------------------------------------------------------------x

# NOTICE OF INDIVIDUAL MOTION OF
# UBS AG AND UBS SECURITIES LLC TO DISMISS
# PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the filing of the accompanying memorandum of law, and Declaration of Joel S. Sanders, with annexed exhibit, Defendants UBS AG and UBS Securities LLC will move, by undersigned counsel, before the Honorable Gregory H. Woods, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, New York 10007, on such date and time to be set by the Court, for an order dismissing the Consolidated Amended Class Action Complaint under Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that UBS AG and UBS Securities LLC request oral argument in connection with this motion to dismiss.

///

///

///

DATE:  June 22, 2015

Joel S. Sanders
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: (415) 393-8200

Peter Sullivan
Lawrence J. Zweifach
Indraneel Sur
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/  Thomas G. Hungar
Thomas G. Hungar
D. Jarrett Arp
Melanie L. Katsur
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
thungar@gibsondunn.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*