UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | No. 14-cv-9391 (GHW) |
|---|---|
| IN RE PLATINUM AND PALLADIUM ANTITRUST LITIGATION | Hon. Gregory H. Woods<br><br>**ECF Case**<br><br>**NOTICE OF APPEARANCE** |

      **PLEASE TAKE NOTICE** that Ethan Litwin of the law firm Hughes Hubbard &

Reed LLP, One Battery Park Plaza, New York, New York 10004 hereby appears in this action as

counsel on behalf of Defendant The London Platinum and Palladium Fixing Company Ltd., and

certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        June 23, 2015

HUGHES HUBBARD & REED LLP

By:  /s/ Ethan Litwin
     Ethan Litwin
One Battery Park Plaza
New York, New York 10004-1482
Tel: (212) 837-6000
Fax: (212) 299-6540
ethan.litwin@hugheshubbard.com

*Attorneys for Defendant*
*The London Platinum and Palladium*
*Fixing Company Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 23, 2015, I caused to be electronically filed the foregoing Notice of Appearance by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/ Ethan Litwin
Ethan Litwin