USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
IN RE PLATINUM AND PALLADIUM
ANTITRUST LITIGATION

---------------------------------------------------------------X

Lead Case No. 14-cv-9391

Hon. Gregory H. Woods

Plaintiffs and Defendant The London Platinum and Palladium Fixing Company Ltd. ("LPPFC"), respectfully request that the Court enter the parties' stipulation below extending the time for LPPFC to respond to the complaint in this case (the "Stipulation").

## FACTS UNDERLYING THE PARTIES' STIPULATION

In support of their Stipulation, the parties offer the following facts:

A. Plaintiffs filed their First Consolidated Amended Class Action Complaint ("FAC") in this consolidated class action litigation on April 21, 2015.

B. On June 25, 2015, the Court ordered the parties to confer and agree on a briefing schedule for LPPFC's motion to dismiss.

## STIPULATION

In light of the above facts, the parties jointly represent that the Court enter the following Stipulation as the Order of the Court:

1. LPPFC will file its motion to dismiss the FAC in this action on or before July 15, 2015.

2. All parties are meeting and conferring regarding the balance of the briefing schedule, and expect shortly to propose a global briefing schedule agreed to by all defendants that accounts for the possible filing of a second consolidated amended complaint.

4. In making this Stipulation, LPPFC does not waive (i) any jurisdictional defenses that may be available under Fed. R. Civ. P. 12; (ii) any affirmative defenses under Fed. R. Civ. P.

8; or (iii) any other statutory or common law defenses that may be available to LPFFC in any currently filed or future related actions.

IT IS SO STIPULATED.

Dated: June 29, 2015

HUGHES HUBBARD & REED LLP

By: _____
Ethan E. Litwin
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6540 (direct)
(212) 299-6540 (fax)
ethan.litwin@hugheshubbard.com

*Attorneys for Defendant
The London Platinum and Palladium
Fixing Company, Ltd.*

LABATON SUCHAROW LLP

By: _____
Gregory S. Asciolla
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700 (phone)
(212) 818-0477 (fax)
gasciolla@labaton.com

BERGER & MONTAGUE, P.C.

By: _____
Merrill G. Davidoff
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000 (phone)
(215) 875-4604
mdavidoff@bm.com

*Interim Co-Lead Class Counsel*

8; or (iii) any other statutory or common law defenses that may be available to LPFFC in any currently filed or future related actions.

IT IS SO STIPULATED.

Dated: June 29, 2015

HUGHES HUBBARD & REED LLP

By: _____
Ethan E. Litwin
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
(212) 837-6540 (direct)
(212) 299-6540 (fax)
ethan.litwin@hugheshubbard.com

*Attorneys for Defendant*
*The London Platinum and Palladium*
*Fixing Company, Ltd.*

LABATON SUCHAROW LLP

By: _____
Gregory S. Asciolla
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
(212) 907-0700 (phone)
(212) 818-0477 (fax)
gasciolla@labaton.com

BERGER & MONTAGUE, P.C.

By: _____
Merrill G. Davidoff
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000 (phone)
(215) 875-4604
mdavidoff@bm.com

*Interim Co-Lead Class Counsel*

SO ORDERED.

Dated: July 1, 2015
New York, New York

_____
GREGORY H. WOODS
United States District Judge