Matthew J. Galvin

478 3rd Street 4L

Brooklyn NY 11215

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Room 12C
New York, NY 10007-1312

Re: In re Platinum and Palladium Antitrust Litigation (14-cv-9391)

Your Honor:

I respectfully write to request permission pursuant to Local Civil Rule 1.4 to withdraw as counsel for HSBC Bank USA, N.A. ("HSBC") in the above-referenced action. The reason for this request is that I am no longer associated with the law firm of Freshfields Bruckhaus Deringer US LLP. Defendants have pending motions to dismiss (ECF Docket Entries 76, 79, and 95). No substitution of counsel is necessary as HSBC has been and continues to be represented by other attorneys of record. HSBC has been served with a copy of this application and consents to my withdrawal.

Respectfully submitted,

Matthew J. Galvin