**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PLATINUM AND PALLADIUM ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  Lead Case No. 14-CV-9391 |

**DEFENDANT BASF CORPORATION'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant BASF Corporation, by the undersigned counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

BASF Corporation is a wholly owned subsidiary of BASF Americas Corporation. BASF Corporation and BASF Americas Corporation are indirect, wholly-owned subsidiaries of BASF SE, a publicly held European Corporation (*Societas Europas*). No other publicly held corporation owns ten percent or more of BASF Corporation.

Dated: New York, New York
September 21, 2015

By: /s/ Joseph Serino Jr._____

Joseph Serino, Jr., P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4913
Fax: (212) 446-6460
joseph.serino@kirkland.com

*Attorney for BASF Corporation*