UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PLATINUM AND PALLADIUM ANTITRUST LITIGATION | Lead Case No. 14-cv-9391 (GHW) |

## NOTICE OF WITHDRAWAL OF STEVEN WILLIAMS

I, the undersigned counsel, hereby respectfully request that the Court withdraw my appearance as counsel of record for Plaintiff Craig R. Cooksley. Cotchett, Pitre & McCarthy, LLP no longer represents Mr. Cooksley in this matter. No substitution of counsel is necessary as Mr. Cooksley continues to be represented by attorneys of record W. Joseph Bruckner and Heidi M. Silton of Lockridge Grindal Nauen P.L.L.P.

Dated: October 13, 2016

*/s/ Steven N. Williams*
Steven N. Williams
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: 650-697-6000
Facsimile:  650-697-0577
swilliams@cpmlegal.com