UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: PLATINUM AND PALLADIUM      Lead Case 1:14-cv-9391-GHW
ANTITRUST LITIGATION

**JUDGMENT**

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 29, 2020, and Memo-Endorsed Order dated April 13, 2020, Defendants' motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) is granted; the Foreign Defendants' motion to dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) is denied, and Defendants' motion for reconsideration is granted; Plaintiffs are granted leave to replead their Sherman Act and CEA claims; Plaintiffs do not intend to amend their complaint and respectfully request that this Court enter final judgment pursuant to Federal Rule Civil Procedure 58, application granted, and judgment is entered for Defendants; accordingly, this case is closed.

**Dated:** New York, New York
April 15, 2020

**RUBY J. KRAJICK**
_____
Clerk of Court

**BY:** _____
**Deputy Clerk**