# MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/21

In re PLATINUM AND PALLADIUM
ANTITRUST LITIGATION

No. 14-cv-09391(GHW)

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jay L. Himes is no longer associated with the firm Labaton Sucharow LLP and no longer represents Plaintiffs Modern Settings, LLC (New York) and Modern Settings, LLC (Florida) in the above captioned litigation. Plaintiffs continue to be represented by other attorneys at Labaton Sucharow.

Accordingly, we respectfully request that the Court terminate the appearance of Jay L. Himes on Plaintiffs' behalf.

DATED: September 29, 2021

Respectfully submitted,

By /s/ Gregory S. Asciolla
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway, 34th Floor
New York, NY 10005
T: 212-907-0700
F: 212-818-0477
gasciolla@labaton.com

*Attorney for Plaintiffs*

Jay L. Himes is granted leave to withdraw as counsel for Plaintiffs Modern Settings, LLC (New York) and Modern Settings, LLC (Florida). The Clerk of Court is instructed to terminate Mr. Himes from the list of active counsel in this case.

SO ORDERED.

Dated: September 30, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge