UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PLATINUM AND PALLADIUM ANTITRUST LITIGATION | Case No. 14-cv-9391<br><br>Hon. Gregory H. Woods<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF
MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that, pursuant to the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, as well as Rule 12(c) of the Federal Rules of Civil Procedure, and based on Defendants' accompanying Joint Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, the undersigned hereby will and do move this Court before the Honorable Gregory H. Woods at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, Courtroom 12C on a date and time to be determined by the Court, for an order dismissing the Third Amended Class Action Complaint with prejudice, on the grounds that Plaintiffs fail to plead injury under the Commodity Exchange Act and Sherman Act.

Dated: July 21, 2023

<div style="display: flex;">

<div>

*/s/ Damien Marshall*
Damien Marshall
Leigh M. Nathanson
Laura Harris
Brian Donovan
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556–2100
dmarshall@kslaw.com
lnathanson@kslaw.com
lharris@kslaw.com
bdonovan@kslaw.com

*Attorneys for Defendant*
*HSBC Bank USA, N.A.*

*/s/ John J. Hamill*
John J. Hamill (*pro hac vice*)
Michael S. Pullos (*pro hac vice*)
Devin J. Carpenter (*pro hac vice*)
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel: (312) 368–7036
john.hamill@us.dlapiper.com
michael.pullos@us.dlapiper.com
devin.carpenter@us.dlapiper.com

Michael D. Hynes
Avi Mediratta
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel: (212) 335–4942
michael.hynes@us.dlapiper.com
avi.mediratta@us.dlapiper.com

*Attorneys for Defendant*
*BASF Metals Limited*

</div>

<div>

*/s/ Richard C. Pepperman II*
Richard C. Pepperman II
Jonathan S. Carter
Mark A. Popovsky
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558–4000
Fax: (212) 558–3588
peppermanr@sullcrom.com
carterjo@sullcrom.com
popovskym@sullcrom.com

*Attorneys for Defendant*
*Goldman Sachs International*

*/s/ Robert G. Houck*
Robert G. Houck
John D. Friel
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel: (212) 878–8000
robert.houck@cliffordchance.com
john.friel@cliffordchance.com

*Attorneys for Defendant*
*ICBC Standard Bank Plc*

</div>

</div>