

**MICHAEL DELL'ANGELO**
*EXECUTIVE SHAREHOLDER & GENERAL COUNSEL*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

April 24, 2024

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *In re Platinum & Palladium Antitrust Litigation*, No. 1:14-cv-09391 (S.D.N.Y.)

Dear Judge Woods,

    On behalf of Plaintiffs and Defendants, we write to inform the Court that the parties have reached an agreement in principle to settle all claims in the above-referenced action. The parties will prepare settlement papers for approval by the Court.

    Given these developments, the parties respectfully request that all pending case deadlines and motions (including Defendants' pending motion for judgment on the pleadings, ECF No. 293), be stayed and held in abeyance while the parties finalize settlement papers.

                        Respectfully submitted,

By: *s/ Gregory S. Asciolla*                 By: *s/ Michael Dell'Angelo*
Gregory S. Asciolla                           Michael Dell'Angelo
DICELLO LEVITT LLP                   BERGER MONTAGUE PC
485 Lexington Avenue, Suite 1001      1818 Market Street, Suite 3600
New York, New York 10017              Philadelphia, PA 19103
Tel. 646-933-1000                        Tel. 215-875-3080
gasciolla@dicellolevitt.com              mdellangelo@bm.net

**1818 MARKET STREET, SUITE 3600**
PHILADELPHIA, PA 19103
215.875.3000 | **BERGERMONTAGUE.COM**