

**MICHAEL DELL'ANGELO**
*EXECUTIVE SHAREHOLDER & GENERAL COUNSEL*
**d** 215.875.3080 **m** 610.608.8766 | mdellangelo@bm.net

April 24, 2024

<u>**VIA ECF**</u>

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<div style="border:1px solid">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/25/2024___
</div>

**MEMORANDUM ENDORSED**

   Re: *In re Platinum & Palladium Antitrust Litigation*, No. 1:14-cv-09391 (S.D.N.Y.)

Dear Judge Woods,

   On behalf of Plaintiffs and Defendants, we write to inform the Court that the parties have reached an agreement in principle to settle all claims in the above-referenced action. The parties will prepare settlement papers for approval by the Court.

   Given these developments, the parties respectfully request that all pending case deadlines and motions (including Defendants' pending motion for judgment on the pleadings, ECF No. 293), be stayed and held in abeyance while the parties finalize settlement papers.

<div align="center">Respectfully submitted,</div>

By: *s/ Gregory S. Asciolla*
Gregory S. Asciolla
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel. 646-933-1000
gasciolla@dicellolevitt.com

By: *s/ Michael Dell'Angelo*
Michael Dell'Angelo
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. 215-875-3080
mdellangelo@bm.net

Application granted. The parties' request to stay all pending case deadlines and motions while the parties finalize settlement papers, Dkt. No. 310, is granted. All case deadlines and scheduled conferences in this action are stayed and held in abeyance. The Court considers the pending motion at Dkt. No. 293 withdrawn by the parties. The parties may refile that motion in the event that the settlement is not consummated. The parties are directed to write to the Court no later than June 24, 2024 informing the Court of the status of this matter. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 293.

SO ORDERED.

Dated: April 25, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge